# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153979

MARLETTE AUTO WASH, LLC,
        Plaintiff/Counterdefendant
        -Appellant,

v

VAN DYKE SC PROPERTIES, LLC,
        Defendant/Counterplaintiff
        -Appellee.

SC: 153979
COA: 326486
Sanilac CC: 14-035490-CH

_____/

     On order of the Court, the application for leave to appeal the May 10, 2016 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether open, notorious, adverse, and continuous use of property for at least fifteen years creates a prescriptive easement that is an easement appurtenant, without regard to whether the owner of the dominant estate took legal action to claim the easement.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2017



Clerk

d0315